## PITTSBURGH, CINCINNATI, CHICAGO AND ST. LOUIS RAILROAD COMPANY *v.* EDWARDS.

[No. 12,436.   Filed November 23, 1926.   Rehearing denied February
1, 1927.   Transfer denied July 12, 1928.]

*G. E. Ross,* for appellant.
*Alfred Hogston, Oren W. Dickey, Fred J. Byers, Don P. Strode* and
*V. Ed Funk,* for appellee.

PER CURIAM.—An examination of the record in this case shows that
a correct result has been reached.   See §725 Burns 1926.
Affirmed.

## MILLER *v.* ELGIN, JOLIET AND EASTERN RAILROAD COMPANY.

[No. 13,298.   Filed July 18, 1928.]

*Sevald & Sevald,* for appellant.
*Knapp & Campbell, White & Wright, Joseph L. Earlywine* and *Paul
R. Conaghan,* for appellee.

PER CURIAM.—Affirmed.
Dausman, J., absent.